IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AUG 1 4 2000

IN RE: ASBESTOS PRODUCTS )
LIABILITY LITIGATION (NO. VI) )
_____ )      MDL 875
                          )
This Document Relates to United States )
District Court for Maryland )      89-2928
                          )
(See Attachment A) )
                          )
_____ )

AND NOW, this _11th_ day of _August_, 2000, FIBREBOARD

CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which

cases have been resolved.

By the Court:

Dated: _____8/11/00_____          _____Charles R. We_____

                                      Charles R. Weiner